IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>JODY P KEEN and<br>JAMIE A KEEN,<br>          Debtors. | Chapter 13<br>Case No. 17-20316-SVK |

**OBJECTION TO CLAIM NO. 4 FILED BY 17-20316 AND NOTICE OF OPPORTUNITY FOR HEARING**

The Chapter 13 Trustee, Scott Lieske, objects to claim number 4 filed by 17-20316, and respectfully represents:

1. The Debtors filed this Chapter 13 case on January 17, 2017.

2. 17-20316 filed a proof of claim in the amount of $1,812.23 on February 10, 2017, and the Court assigned claim number 4 to the Claim.

3. The Claim should not be allowed because the Claim does not list the name of the creditor and the Trustee is unable to make payments.

4. The Trustee has contacted the Creditor on two occasions requesting an amended claim to include the name of the Creditor or a withdrawal of the claim.

**To the Claimant, take notice: Your claim may be reduced, modified or eliminated. If you do not want the Court to disallow your Claim as requested in this Objection, you or your attorney must file a Response and Request for Hearing on or before May 29, 2018. The Court may schedule a hearing based on your Response (or may schedule a hearing if the Court determines more information is needed about this Objection.) You will be notified of any hearing that is scheduled.**

WHEREFORE, after notice and the opportunity for a hearing, the Chapter 13 Trustee, Scott Lieske, respectfully requests that the Court disallow the Claim and that the Court grant such other and further relief as is appropriate.

Date: April 26, 2018

/s/_____
Christopher D. Schimke, Staff Attorney
Chapter 13 Standing Trustee
P.O. Box 510920
Milwaukee, Wisconsin 53203
T: (414) 271-3943
info@chapter13milwaukee.com

Drafted by:
sk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
JODY P KEEN and
JAMIE A KEEN,

        Debtors.

Chapter 13
Case No. 17-20316-SVK

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, the **OBJECTION TO CLAIM NO. 4 FILED BY 17-20316 AND NOTICE OF OPPORTUNITY FOR HEARING** in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    OFFICE OF THE U.S. TRUSTEE
    KINGSTAD LAW FIRM, LLC

I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participants:

    JODY P KEEN & JAMIE A KEEN
    N57 W13810 THURSTON AVENUE
    MENOMONEE FALLS, WI 53051

    MEDICAL COLLEGE OF WISCONSIN
    COMMUNITY PHYSICIANS
    10000 WEST INNOVATION DRIVE
    MILWAUKEE, WI 53226

Dated: April 26, 2018

                /s/_____
                Sally Kasik
                Legal Assistant
                Office of Chapter 13 Trustee
                P.O. Box 510920
                Milwaukee, WI 53203
                T: (414) 271-3943
                info@chapter13milwaukee.com